COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-12-00618-CV

Trial Court Cause
Number:     0952281

Style:     H2O Solutions, Ltd.

    **v**   B & R 1100 NASA Parkway Owner LP

Date motion filed[*]:     June 3, 2013

Type of motion:     Motion for extension of time to file reply brief

Party filing motion:     Appellant, H2O Solutions, Ltd.

Document to be filed:     Reply brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:     June 3, 2013

     Number of previous extensions granted:     1

     Date Requested:     June 17, 2013

Ordered that motion is:

     ☒   Granted

        If document is to be filed, document due: <u>brief filed June 25, 2013</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

     ☒ Acting individually      ☐ Acting for the Court

Panel consists of <u>Justices Keyes, Higley, and Massengale.</u>

Date: <u>September 26, 2013</u>